

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

STEPHANIE FERNANDEZ,           §

          Appellant,           §

v.           §

          §

THE STATE OF TEXAS,           §

          Appellee.           §

          §

No. 08-18-00079-CR

Appeal from the

210th District Court

Of El Paso County, Texas

(TC#20170D03993)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH OF MARCH, 2021.

          YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.